1  Raymond J. Tittmann, No. 191298
   Jodi K. Swick No. 228634
2  **EDISON, McDOWELL & HETHERINGTON LLP**
   1 Kaiser Plaza, Suite 1010
3  Oakland, CA 94612
   Telephone:     510.628.2145
4  Facsimile:     510.628.2146
   Email:raymond.tittman@ehmllp.com
5          jodi.swick@emhllp.com

6  Attorneys for Defendants
   AMERICAN GENERAL LIFE INSURANCE CO. and
7  THE UNITED STATES LIFE INSURANCE COMPANY IN
   THE CITY OF NEW YORK
8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA (FRESNO)

11

| KIMBERLY YOUNG, individually and in her capacity as Guardian of Kaitlyn Young and Richard Young, minor, AMBER OCHS, fka AMBER CRUTSINGER, individually and in her capacity as Guardian of Jaiden Crutsinger, a minor, JAMES CRUTSINGER, and Individual, and JASON CRUTSINGER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas Corporation, and THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, a New York Corporation,<br><br>Defendants. | **Case Number: 1:13-CV-02055-LJO-SKO**<br><br>**ORDER GRANTING AGREED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
|---|---|

**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**

1  Defendants American General Life Insurance Company's and The United States
2  Life Insurance Company in the City of New York's Agreed Motion to Extend Time to
3  Respond to Plaintiffs' Complaint is hereby GRANTED.
4  It is hereby ORDERED that the deadline for Defendants American General Life
5  Insurance Company and The United States Life Insurance Company in the City of New
6  York to answer, move, or otherwise respond to Plaintiffs' Complaint (Doc. No. 1) is
7  extended to and shall include **March 21, 2014**.

10  IT IS SO ORDERED.

11  Dated:   **February 15, 2014**                   **/s/ Sheila K. Oberto**
12                                                   UNITED STATES MAGISTRATE JUDGE