1  Scott R. Shewan - CA State Bar No. 119085
   **PAPE & SHEWAN, L.L.P.**
2  642 Pollasky Ave, Suite 200
   Clovis, California  93612
3  (559) 299-4341
   (559) 299-0920 Fax
4  Attorneys for Defendants

5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8  **FRESNO DIVISON**

9

| | |
|---|---|
| KIMBERLY YOUNG, individually and in her capacity as Guardian of Kaitlyn Young and Richard Young, minors, AMBER OCHS fka AMBER CRUTSINGER, individually and in her capacity as Guardian of Jaiden Crutsinger, a minor, JAMES CRUTSINGER, an Individual, and JASON CRUTSINGER, an Individual,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas corporation, and THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, a New York Corporation,<br><br>                Defendants. | Case No.  **1:13-CV-02055-LJO-SKO**<br><br>STIPULATION REGARDING SCHEDULING CONFERENCE<br><br>Date:      April 15, 2014<br>Time:     9:30 a.m.<br>Courtroom:  #7 (6th Floor) |

    IT IS STIPULATED and agreed by the parties hereto, by their respective counsel, as follows:

    WHEREAS the Scheduling Conference in this action is scheduled to be held on April 15, 2014, at 9:30 a.m., before the Honorable Sheila K. Oberto, United States Magistrate Judge;

YOUNG v. AMERICAN GENERAL LIFE INSURANCE, *et al.* – Case No. 1:13-CV-02055
STIPULATION REGARDING SCHEDULING CONFERENCE                   1

WHEREAS the parties are engaged in settlement negotiations which are likely to result in an imminent dismissal of the action in its entirety; and

WHEREAS the parties desire to save the expense of preparing a scheduling conference statement and attending a scheduling conference if the case is likely to be dismissed;

IT IS STIPULATED that the Scheduling Conference in this matter be continued to May 13, 2014, at 10:30 a.m., before the Honorable Sheila K. Oberto, United States District Judge. The parties will submit their joint scheduling conference statement on or before May 6, 2014.

Dated: April 10, 2014          PAPE & SHEWAN, LLP


By: _____/S/___Scott R. Shewan_____
     Scott R. Shewan, Attorneys for Plaintiffs

Dated: April 10, 2014          EDISON, McDOWELL, & HETHERINGTON, LLP


By: _____/S/_____Jodi K. Swick_____
     Jodi K. Swick, Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

   Dated:   **April 11, 2014**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

YOUNG v. AMERICAN GENERAL LIFE INSURANCE, *et al.* – Case No. 1:13-CV-02055
STIPULATION REGARDING SCHEDULING CONFERENCE                              2