# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY YOUNG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, U.S. LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:13-cv-2055-SKO<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS** |

## I. INTRODUCTION

On June 26, 2014, Scot Shewan, counsel for Plaintiffs Kimberly Young, Amber Ochs (formerly known as Amber Crutsinger), James Crutsinger, and Jason Crutsinger ("Plaintiffs"), filed a motion to withdraw as attorney of record. (Doc. 19.) Plaintiffs did not file any opposition to Mr. Shewan's motion.

Upon reviewing the motion and supporting documentation, the Court finds that the matter is suitable for decision without oral argument pursuant to Rule 230(g) of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"); as such, the hearing on the motion is VACATED. For the reasons set forth below, counsel's motion to withdraw is GRANTED.

## II.    RELEVANT PROCEDURAL HISTORY

On December 17, 2013, Plaintiffs filed a complaint to recover proceeds of a life insurance policy or an annuity policy issued by Defendant on the life of Christopher Hastings, who died on December 30, 2009. (Doc. 1.) On March 21, 2014, Defendant filed an answer. (Doc. 9.)

A scheduling order was issued on May 20, 2014, setting deadlines in this action, including a non-expert discovery deadline of February 13, 2015, an expert discovery deadline of June 8, 2015, a dispositive motion filing deadline of July 17, 2015, and a non-dispositive motion filing deadline of August 19, 2015. (Doc. 18.) A pre-trial conference and bench trial were set for October 14, 2015, and January 5, 2016, respectively, before this Court.

On June 26, 2014, Mr. Shewan filed the instant Motion to Withdraw as Attorney of Record for Plaintiffs. In an accompanying Declaration, Mr. Shewan stated that through the course of discovery, he had realized he was ethically prohibited from proceeding further as counsel of record in this matter. (Doc. 19-3, 2.) Mr. Shewan discussed the conflict with Plaintiffs, who agreed to consent to his firm's withdrawal as counsel of record, and to the substitution of the Plaintiffs as parties *in propria persona*. (Doc. 19-3, 2.) Mr. Shewan was also advised that Defendants would not oppose this motion. (Doc. 19-3, 2.)

## III.    DISCUSSION

Local Rule 182(d) sets forth specific requirements for the withdrawal of counsel where, as here, the attorney will leave the client in *propria persona*, as follows:

> Unless otherwise provided herein, an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney shall continue until relieved by order of the Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

Here, counsel has complied with the Local Rule. Mr. Shewan's Motion includes a "Proof of Service of the Notice and Motion" demonstrating service on each of the Plaintiffs and Defendants. (Doc. 19-1.) In addition, Mr. Shewan filed a copy of a "Notice of and Consent to

Withdrawal of Counsel" that was served on Defendants on June 16, 2014, listing each Plaintiff's last known address and signed consent to Mr. Shewan's withdrawal. (Doc. 19-3, 6.)

Plaintiffs have not opposed this motion and have been afforded time to find substitute counsel. There are no pressing upcoming deadlines in this action. The non-expert discovery deadline is February 13, 2015, the expert discovery deadline is June 8, 2015, the dispositive motion filing deadline is July 17, 2015, and the non-dispositive motion filing deadline is August 19, 2015, affording sufficient time to secure new counsel and permit counsel to litigate the action on Plaintiffs' behalf. Accordingly, counsel's Motion to Withdraw as Attorney of Record is GRANTED.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

## IV.  CONCLUSION AND ORDER

Pursuant to Local Rule 230(g), IT IS HEREBY ORDERED that:

1. The Motion to withdraw as counsel is GRANTED;

2. Withdrawing counsel SHALL serve a copy of this order on Plaintiffs via email and, within the body of the email, SHALL inform Plaintiffs that counsel has withdrawn.  Within two (2) days of the date of the order, withdrawing counsel SHALL provide the Court with a declaration indicating proof of service via email;

3. The Clerk of the Court is ORDERED to RELIEVE Scott R. Shewan, Esq., of the law firm Pape and Shewan, LLP, as counsel for Plaintiffs; and

4. The Clerk of the Court SHALL serve a copy of this order via the United States Postal Service on Plaintiffs at the following last known addresses:

KIMBERLY YOUNG
412 Shadow Creek Avenue
Oakdale, CA 95361

AMBER OCHS fka AMBER CRUTSINGER
17832 Lark Dr.
Twain Harte, CA 95383

JAMES CRUTSINGER
740 Rancho Via Dr.
Sparks, NV 89435

JASON CRUTSINGER
P.O. Box 461
Columbia, CA 95370

IT IS SO ORDERED.

Dated:  **August 5, 2014**                         **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE