# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISON

| | |
|---|---|
| KIMBERLY YOUNG, individually and in her capacity as Guardian of Kaitlyn Young and Richard Young, minors, AMBER OCHS fka AMBER CRUTSINGER, individually and in her capacity as Guardian of Jaiden Crutsinger, a minor, JAMES CRUTSINGER, an Individual, and JASON CRUTSINGER, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas corporation, and THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, a New York Corporation,<br><br>Defendants. | Case No. **1:13-CV-02055-SKO**<br><br>**CORRECTED STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS AMERICAN GENERAL LIFE INSURANCE COMPANY AND UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12 (C); AND ORDER THEREON**<br><br>**[Local rule 144(a)]**<br><br>Current Response Date:   08/13/14<br>Current Reply Date:   08/20/14<br><br>New Response Date: 09/12/14<br>New Reply Date: 09/24/14<br><br>New Hearing Date:   10/01/14 |

Whereas, the Parties filed a Stipulation to Extend Time to Respond to Defendants American General Life Insurance Company and United States Life Insurance Company in the City of New York's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (C); and Order Thereon on August 12, 2014, whereas, the Stipulation incorrectly stated that :..." that the entire action of all parties and all causes of action be and hereby is dismissed, with prejudice, each party to bear its own attorneys' fees and costs."

It is hereby stipulated by and between the parties to this action, through their respective attorneys, that this Corrected Stipulation to Extend Time to Respond to Defendants American

YOUNG v. AMERICAN GENERAL LIFE INSURANCE, *et al.* – Case No. 1:13-CV-02055
STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS; ORDER THEREON                                    1

1  General Life Insurance Company and United States Life Insurance Company in the City of New
2  York's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (C) shall supercede and replace the
3  original Stipulation filed August 12, 2014 as the parties have not agreed to a dismissal.
4       Defendants served their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (C) on July 29,
5  2014.  Pursuant to Rules of Federal Procedure, Plaintiffs were required to respond to the Motion
6  to Dismiss on or about August 13, 2014.  Plaintiffs' counsel, Scott R. Shewan, had a death in his
7  immediate family on August 8, 2014 and has withdrawn from the representation of Plaintiffs
8  except for filing the within Stipulation.  Pursuant to Eastern District Local Rule 144(a), the
9  Parties stipulate and agree to extend the date for Plaintiffs' response for 30 days to September
10  12, 2014.  Defendants' response would be due 5 court days from the new hearing date.  There
11  has been one extension of time for the filing of the Status Conference Statement.  There appears
12  to be no prejudice extending the time.
13       WHEREFORE, the following reasons the parties stipulate that Plaintiffs shall have up to
14  and including September 12, 2014 to respond to Defendants' Motion to Dismiss and Defendants
15  shall have 5 court days prior to the new hearing date to reply to Plaintiffs' response.
16       IT IS SO STIPULATED.

Date:  August 13, 2014          PAPE & SHEWAN, LLP


                                By: _____/S/__Scott R. Shewan_____
                                    Scott R. Shewan, Attorneys for Plaintiffs


Dated:  August 13, 2014         EDISON, McDOWELL, & HETHERINGTON, LLP



                                By: _____/S/___ Jodi K. Swick _____


YOUNG v. AMERICAN GENERAL LIFE INSURANCE, *et al.* – Case No. 1:13-CV-02055
STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS; ORDER
THEREON                         2

Jodi K. Swick, Attorneys for Defendants

### ORDER

Pursuant to the parties stipulated request, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file an opposition to Defendants' Motion to Dismiss by no later than September 12, 2014;

2. Defendants shall file a reply brief by no later than September 24, 2014; and

3. The hearing on Defendants' Motion to Dismiss is CONTINUED to October 1, 2014.

IT IS SO ORDERED.

Dated:   **August 14, 2014**               **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

YOUNG v. AMERICAN GENERAL LIFE INSURANCE, *et al.* – Case No. 1:13-CV-02055
STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS; ORDER THEREON
3