# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY YOUNG, et al. | Case No. 1:13-cv-02055-SKO |
| Plaintiffs, | **ORDER TO DISMISS THE ACTION AND ADMINISTRATIVELY CLOSE THE CASE** |
| v. | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, et al., | (Doc. No. 20) |
| Defendants. | |

On October 2, 2014, the Court dismissed Plaintiffs' complaint with leave to amend. (Doc. 29.) To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice based on Plaintiffs' failure to state any claims upon which relief may be granted; and

2. The Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

Dated: **November 19, 2014**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE